JS-6/ENTER

FILED
JUL - 1 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL - 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBEY HAIRSTON,<br><br>    Petitioner,<br><br>    v.<br><br>P.D. STOREY,<br><br>    Respondent. | Case No. EDCV 10-603-RGK (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition herein is dismissed without prejudice.

Dated: July 1, 2010

*Gary Klausner*
R. Gary Klausner
United States District Judge